# WARRANT FOR ARREST

| **United States District Court** | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Kyle C. Olson,<br><br>Defendant. | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br>20-mj-68 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Dane County Jail | |

Warrant Issued on the Basis of:

☐ Indictment  ☐ Order of Court  ☐ Information  ☒ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest: Western District of Wisconsin        City: Madison

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Felon in possession of firearm

IN VIOLATION OF 18 U.S.C. Sections 922(g)(1).

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: [signature] Federal Judge/Magistrate Judge | Date Order: 6-4-20 |
|---|---|
| Clerk of Court:        (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |